James D. Holman, Esq., ISB 2547
THOMSEN STEPHENS LAW OFFICES, PLLC
2635 Channing Way
Idaho Falls ID 83404
Telephone (208)522-1230
Fax (208)522-1277

 Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| SUSAN F. GRAY, | ) | Case No. 09-CV-00056 EJL |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| NIGUEL SANTE, LLC dba THE GABLES | ) | |
| OF AMMON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The court having received from the parties a Stipulation for Entry of Judgment and Covenant

Not to Levy Execution, and good cause appearing, the court does hereby order as follows:

1.     That judgment shall be entered in favor of Plaintiff Susan F. Gray and against

Defendant Niguel Sante, LLC in the amount of Fourteen Thousand Dollars and 00/100 ($14,000.00);

2.     The judgment shall bear interest at the prevailing statutory interest rate;

3.     Each party shall bear their respective attorney fees and costs.

DATED:  **February 2, 2010**

Honorable Edward J. Lodge
U. S. District Judge

1 -    JUDGMENT

2 -      JUDGMENT