James D. Holman, Esq., ISB 2547
THOMSEN STEPHENS LAW OFFICES, PLLC
2635 Channing Way
Idaho Falls ID 83404
Telephone (208)522-1230
Fax (208)522-1277

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUSAN F. GRAY, | Case No. CV-2009-00056 EJL |
| Plaintiff, | |
| v. | **SATISFACTION AND RELEASE OF JUDGMENT** |
| NIGUEL SANTE, LLC dba THE GABLES OF AMMON, | |
| Defendants. | |

FOR AND IN CONSIDERATION of the sum of Fourteen Thousand Dollars ($14,000.00), lawful money of the United States of America, and other good and sufficient consideration, paid to plaintiff by defendant in the above-entitled action, plaintiff hereby releases that certain judgment rendered in the United States District Court for the District of Idaho, on the 2nd day of February, 2010, in favor of plaintiff against defendant in the sum of $14,000.00.

James D. Holman, attorney for plaintiff, hereby authorizes and requests the Clerk of said Court to enter this Satisfaction and Release of Judgment for the reason that the same has been compromised, fully paid and discharged.

1 -   SATISFACTION AND RELEASE OF JUDGMENT

DATED this 28 day of April, 2011.

THOMSEN STEPHENS LAW OFFICES, PLLC

By: _____
James D. Holman, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on I am a duly licensed attorney in the State of Idaho, resident of and with my office in Idaho Falls, Idaho; that on the 28TH of April, 2011, I caused a true and correct copy of the foregoing **SATISFACTION AND RELEASE OF JUDGMENT** to be served upon the following persons at the addresses below their names either by depositing said document in the United States mail with the correct postage thereon or by hand delivering or by transmitting by facsimile as set forth below.

HYRUM D. ERICKSON                    [X] ECF
RIGBY, ANDRUS & MOELLER, CHTD.
25 NORTH 2ND EAST
PO BOX 250
REXBURG, ID 83440
Fax: 208-356-0768

THOMSEN STEPHENS LAW OFFICES, PLLC

By: _____
James D. Holman, Esq.

JDH:skp
6651\005 Release of Judgment.wpd

2 -   SATISFACTION AND RELEASE OF JUDGMENT